CLIMATE CONTROL, INC., *v.* HILL ET AL.

No. 251.   Decided November 14, 1960.

*William R. Meagher* for appellant.

*William W. Stevenson, Samuel H. Morris, Richard M. Fennemore, Daniel E. Cracchiolo, J. A. Riggins, Jr., Denison Kitchel, Francis J. Ryley, Ivan Robinette, Edward Jacobson, Howard Twitty, John R. Franks* and *Richard G. Kleindienst* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

BOBO *v.* MAYOR & COUNCILMEN OF SAVANNAH BEACH, GEORGIA.

No. 409.   Decided November 14, 1960.

*Erwin A. Friedman* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.